No. 71–5397.  Lewis v. Pennsylvania.  Sup. Ct. Pa. Certiorari denied.

No. 71–5398.  Bethea v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 71–5401.  Walker v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 71–5402.  Queen, aka Arnold v. United States. C. A. 10th Cir.  Certiorari denied.

No. 71–5403.  Cronan v. Mancusi, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 71–5404.  Longo v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 71–5406.  Saulsbury v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 71–5408.  Lothridge et al. v. United States. C. A. 6th Cir.  Certiorari denied.

No. 71–53.  Redwood v. New York.  App. Term, Sup. Ct. N. Y., 1st Jud. Dept.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–265.  Walter, dba Classic Art Theatres I & II et al. v. Slaton et al.  Sup. Ct. Ga.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.